Max Baer et al., Appellants, *v.* The American Credit-Indemnity Company of New York, Respondent.

*Baer v. American Credit-Indemnity Co.*, 114 App. Div. 233, affirmed.
(Argued February 27, 1908; decided March 13, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover on an indemnity bond purporting to insure plaintiffs from loss through insolvency of debtors.

*Charles Goldzier* and *Louis J. Vorhaus* for appellants.

*William N. Cohen* and *Messmore Kendall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner, Hiscock and Chase, JJ.

---

Daniel Clark, an Infant, by William P. Clark, His Guardian ad Litem, Appellant, *v.* L. Grant Palmer, Respondent.

*Clark v. Palmer*, 116 App. Div. 117, affirmed.
(Argued February 28, 1908; decided March 13, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 3, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for malicious prosecution.

*Adelbert W. Boynton* for appellant.

*Francis A. Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner, Hiscock and Chase, JJ.